**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE:

| | | |
|---|---|---|
| **JOSHUA H ANDERSON SR.** | § | |
| 108 Lakewood Dr | § | |
| Longview, Texas 75604-1402 | § | CASE NO. 24-60565 |
| xxx-xx-8407 | § | |
| Debtor(s) | § | CHAPTER 13 |

**MOTION FOR EXTENSION OF TIME TO FILE**
**SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN**

COMES NOW, Michael P. Wallace, Attorney for Debtor, and files this Motion for Extension of Time to File Schedules, Statements and Chapter 13 Plan and would show the Court as follows:

1. A voluntary petition, under the provision of 11 U.S.C. §301, was filed herein on 09/17/24.

2. Due to the following reason, Debtor is unable to file the Schedules, Statement of Financial Affairs and Chapter 13 Plan required by Bankruptcy Rule 1007 within the required period:

Debtor's attempt to acquire information, records and/or documents which are needed to properly complete the Schedules, Statements and Chapter 13 Plan have met with delay.

WHEREFORE, PREMISES CONSIDERED, the Attorney for Debtor prays that the Court sign and enter an order extending Debtor's time for filing the Schedules, Statements and Chapter 13 Plan until October 8, 2024.

DATED: October 1, 2024.

Respectfully submitted,

MIKE WALLACE PC
9399 E State Hwy. 204
Jacksonville, Texas 75766
Tel: (903) 594-4451
Fax: (888) 371-6575
E-mail: mike@wallacebankruptcy.com

By:  /s/ Michael P. Wallace
     Michael P. Wallace
     State Bar No. 20771030
     ATTORNEY FOR DEBTOR(S)

## **CERTIFICATE OF SERVICE**

      This is to hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Schedules, Statements and Chapter 13 Plan has been forwarded via first-class mail or electronically to the following parties on October 1, 2024.

/s/ Michael P. Wallace
Michael P. Wallace


Lloyd Kraus
110 North College Avenue
12th Floor
Tyler, TX 75702

Joshua H Anderson Sr.
108 Lakewood Dr.
Longview, TX 75604-1402