

EOD
10/04/2024

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

IN RE:

| | | |
|---|---|---|
| **JOSHUA H ANDERSON SR.** | § | |
| 108 Lakewood Dr | § | |
| Longview, Texas 75604-1402 | § | CASE NO. 24-60565 |
| xxx-xx-8407 | § | |
| Debtor(s) | § | CHAPTER 13 |

**ORDER FOR EXTENSION OF TIME TO FILE**
**SCHEDULES, STATEMENTS AND CHAPTER 13 PLAN**

Upon the motion of the Debtor herein, cause having been shown and due notice given it is

ORDERED that the time for the Debtor herein to file the Schedules, Statements and Chapter 13 Plan required by Bankruptcy Rule 1007 be and hereby is extended to October 8, 2024.

Signed on 10/4/2024

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE